# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| WestWind Technologies, Inc. | ) ASBCA Nos. 59118, 59119 |
| | ) |
| Under Contract Nos. DAAA09-99-D-0014 | ) |
| W52P1J-05-D-0010 | ) |

APPEARANCES FOR THE APPELLANT:     Allen L. Anderson, Esq.
                                   Michael L. Fees, Esq.
                                   Jeffrey L. Roth, Esq.
                                   Ryan G. Blount, Esq.
                                     F&B Law Firm, P.C.
                                   Huntsville, AL

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                   Kyle E. Chadwick, Esq.
                                     Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated:  9 December 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59118, 59119, Appeals of WestWind Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals